# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY MOOD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-83 |
| | : | |
| ENCORE KITCHEN & BATH | : | |
| DISTRIBUTORS INC. and | : | |
| HORACE G. MILLER, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of January, 2011, it is hereby ORDERED that Plaintiff's Motion to Extend Court Jurisdiction, or Alternatively to Vacate its October 25, 2010 Order Pursuant to Local Rule 41.1(B) (Docket No. 21) is GRANTED to modify the October 25, 2010 Order.

IT IS FURTHER ORDERED that this Court's October 25, 2010 Order dismissing this action with prejudice (Docket No. 18) is MODIFIED as follows:

AND NOW, TO WIT: this 25th day of October, 2010, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

IT IS FURTHER ORDERED this Court shall retain jurisdiction in this action for purposes of enforcing the settlement agreement for a period of 90 days from January 19, 2011, and this matter is referred to Magistrate Judge Timothy R. Rice for such purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge